Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

VENUS TRAN )
           ) Case No: 4:20-cv-03088-HSG
              Plaintiff(s), )
           ) **APPLICATION FOR**
           ) **ADMISSION OF ATTORNEY**
     v. ) **PRO HAC VICE; ORDER**
BOSTON UNIVERISTY ) (CIVIL LOCAL RULE 11-3)
           )
              Defendant(s). )
           )

I, Lisa A. Tenerowicz, an active member in good standing of the bar of Massachusets, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Boston University in the above-entitled action. My local co-counsel in this case is Natasha J. Baker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 125 Bay State Road | 1450 Maria Lane, Suite 330 |
| Boston, MA 02215 | Walnut Creek, CA 94596 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (617) 353-2326 | (925) 239-0347 |
| My email address of record: | Local co-counsel's email address of record: |
| latenero@bu.edu | natasha@novuslawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 654188.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

                              Lisa A. Tenerowicz
                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lisa A. Tenerowicz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/11/2020

                             *Haywood S. Gill Jr.*
                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# UNITED STATES DISTRICT COURT

## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Lisa A Tenerowicz,** Bar **654188**, was duly admitted to practice in this Court on **March 26, 2003**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **May 15, 2020**



**Robert M. Farrell**

**CLERK**