Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS TRAN<br><br>Plaintiff(s),<br><br>v.<br><br>BOSTON UNIVERSITY<br><br>Defendant(s). | Case No: 4:20-cv-03088-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Christine S. Collins, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Boston University in the above-entitled action. My local co-counsel in this case is Natasha J. Baker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Boston University/Office of the General Counsel<br>125 Bay State Road<br>Boston, MA 02215 | Novus Law Firm, PC<br>1450 Maria Lane, Suite 330<br>Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 353-2326 | (925) 239-0347 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cscoll@bu.edu | natasha@novuslawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 639293.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/04/20                                                                                    Christine S. Collins
                                                                                                              APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Christine S. Collins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/11/2020                                                              *Haywood S. Gill Jr.*
                                                                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

## UNITED STATES DISTRICT COURT

### District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Christine S. Collins**, Bar **639293**, was duly admitted to practice in this Court on **June 05, 2001**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **May 29, 2020**



Robert M. Farrell
CLERK