NATASHA J. BAKER (SBN 226981)
natasha@novuslawfirm.com
IAN W. FORGIE (SBN 307721)
ian@novuslawfirm.com
NOVUS LAW FIRM, INC.
1450 Maria Lane, Suite 330
Walnut Creek, CA 94596
Tel: (925) 239-0347

LISA A. TENEROWICZ (BBO 654188)
latenero@bu.edu
*Appearing Pro Hac Vice*
CHRISTINE S. COLLINS (BBO 639293)
cscoll@bu.edu
*Appearing Pro Hac Vice*
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215
Tel: (617) 353-2326
Fax: (617) 353-5529

*Attorneys for Defendant Boston University*

L. TIMOTHY FISHER (SBN 191626)
ltfisher@bursor.com
BURSOR & FISHER, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Tel:  (925) 300-4455
Fax:  (925) 407-2700

SARAH N. WESTCOT (SBN 264916)
swestcot@bursor.com
BURSOR & FISHER, P.A.
2665 South Bayshore Drive, Suite 220
Miami, FL  33133
Tel:  (305) 330-5512
Fax:  (305) 676-9006

*Attorneys for Plaintiff*
*Venus Tran, on behalf of herself and all others similarly situated*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS TRAN, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON UNIVERSITY,<br><br>Defendant. | Case No.: 4:20-cv-03088-HSG |

**[PROPOSED] ORDER TRANSFERRING VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404.**

[PROPOSED] ORDER TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C.§ 1404 - 1

The Court has reviewed the stipulation filed on June 29, 2020, in which Plaintiff Venus Tran and Defendant Boston University ("the University") consent to the transfer of the above-captioned case to the United States District Court for the District of Massachusetts, Boston Division. The Court concludes that pursuant to 28 U.S.C. § 1404(a), transfer to the District of Massachusetts is appropriate because (1) the District of Massachusetts is a convenient forum for the parties and witnesses, and (2) transfer would serve the interest of justice and is appropriate where four other virtually identical class action lawsuits arising out of the same allegations as the instant lawsuit are pending against the University before the Honorable Richard J. Stearns.

IT IS HEREBY ORDERED that the above captioned case is transferred to United States District Court for the District of Massachusetts, Boston Division pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED**

Dated:  6/30/2020

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

[PROPOSED] ORDER TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C.§ 1404 - 2